Case 8:13-cv-01688-SVW-RNB   Document 18   Filed 05/30/14   Page 1 of 5   Page ID #:60

JS-6

1  Kevin R. Lussier (State Bar No. 143821)
   VEATCH CARLSON, LLP
2  700 South Flower Street, 22nd Floor
3  Los Angeles, California 90017
   Telephone: (213) 381-2861
4  Facsimile:   (213) 383-6370
5  Email: klussier@veatchfirm.com
   Attorneys for Plaintiff CHANEL, INC.
6

7  James Doroshow (State Bar No. 112920)
   FOX ROTHSCHILD LLP
8  1800 Century Park East, Suite 300
9  Los Angeles, CA 90067-1506
   Telephone: (310) 228-6990
10 Facsimile: (310) 556-9828
11 Email: JDoroshow@foxrothschild.com

12 Attorneys for Defendant NICOLE IMECH

13

14              **THE UNITED STATES DISTRICT COURT**

15            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17

18 | CHANEL, INC., | ) | Case No. CV-13-01688-SVW-RNB |
   | a New York corporation, | ) | |
19 | | ) | |
20 | Plaintiff, | ) | **STIPULATED CONSENT FINAL** |
   | v. | ) | **JUDGMENT AND PERMANENT** |
21 | | ) | **INJUNCTION** |
22 | NICOLE IMECH, an individual, d/b/a | ) | |
   | ENDLESSBEAUTYCARE.COM and | ) | |
23 | DOES 1-10, | ) | |
24 | | ) | |
   | Defendants. | ) | |
25

26 / / /

27

28                            - 1 -

Plaintiff, Chanel, Inc., a New York corporation ("Chanel") ("Plaintiff") and Defendant, Nicole Imech, an individual, d/b/a endlessbeautycare.com ("Defendant") stipulate and consent to the following:

**WHEREAS**, Defendant is alleged to have adopted and begun using trademarks in the United States that infringe and dilute the distinctive quality of Chanel's registered trademarks as identified in Paragraph 7 of Plaintiff's Complaint (the "Chanel Marks");

**WHEREAS**, Defendant's alleged use of names and marks that are identical to, or substantially indistinguishable from, the Chanel Marks is alleged to likely cause confusion as to the source or origin of the Defendant's products, and to further dilute the distinctive quality of the Chanel Marks; and

**WHEREAS**, without the admission of any liability, the parties desire to settle and have amicably resolved their dispute to each of their satisfaction; and

**WHEREAS**, based upon Chanel's good faith prior use of the Chanel Marks, Chanel has superior and exclusive rights in and to the Chanel Marks in the United States and any confusingly similar names or marks;

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. Defendant, Nicole Imech, an individual, d/b/a endlessbeautycare.com, and her officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from intentionally and/or knowingly:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing the Chanel Marks;

    B. using the Chanel Marks in connection with the sale of any unauthorized goods;

C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

D. falsely representing Defendant as being connected with Plaintiff, through sponsorship or association;

E. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant are in any way endorsed by, approved by, and/or associated with Plaintiff;

F. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant, including, without limitation, handbags, and costume jewelry, including earrings, necklaces, and bracelets bearing the Chanel Marks;

G. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendant's goods as being those of Plaintiff, or in any way endorsed by Plaintiff;

H. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

I. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for

STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

J.   effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (I).

2.   Plaintiff shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure by Defendant to comply with any of the provisions hereof.  The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

3.   The claims for relief between Chanel and the Defendant are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.  This Consent Final Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

4.   The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

5.   This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Final Judgment and the Settlement Agreement between the parties.

IT IS SO ORDERED

DATED: May 30, 2014          _____
                                                          STEPHEN V. WILSON
                                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28